

**Attorneys at Law**
Geraldine N. Tortorella (NY, CT)
Adam L. Wekstein (NY)
Noelle C. Wolfson (NY, CT)

Henry M. Hocherman, Retired

September 24, 2025

*Sent Via ACMS*

Clerk's Office
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Roth et al v. The City of Syracuse et al –Docket No. 25-441*
      *Supplement to Oral Argument Statement – Unavailability for Argument on November 10, 2025*

Dear Sir/Madame:

We represent Plaintiffs-Appellants in the above-captioned appeal. I am writing to supplement the Oral Argument Statement that was filed on or about September 5, 2025, to advise the Court that in addition to the dates specified on that form, I will be unavailable to appear for argument on November 10, 2025.

Please disregard the letter I filed earlier today, stating that I would be unavailable on October 20, 2025, as I will now be able to appear on that date.

I apologize for any confusion or inconvenience I may have caused.

Respectfully Submitted,

Hocherman Tortorella & Wekstein, LLP

By: _____
    Adam L. Wekstein

cc:   *via ACMS*
      Todd M. Long, Esq.
      Danielle R. Smith, Esq.

      *Via Electronic Mail*
      Norman Roth
      Noelle C. Wolfson, Esq.